UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                      )
                                          ) Case No._____
                                          )
                                          ) LIST OF NAMES AND POST
                                          ) OFFICE ADDRESSES FOR
                                          ) UNCLAIMED FUNDS
Debtor(s)                                  )

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed, except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days has passed since issuance.

3. I verify that the address used for mailing to each entity matches the most recent address in the case record for that entity, and I made all other reasonable attempts to deliver each check.

4. A payment for the total of all such unclaimed funds listed below in the amount of $_____ is made to the Clerk of the U.S. Bankruptcy Court in conjunction with the filing of this list.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

   CLAIM NO.      NAME/ADDRESS                                  DIVIDEND

                                                                                       TOTAL: _____

DATE:_____                                        _____
                                                                                      Trustee

390 (2/2/2018)