In re:  
Ron D. Wanless  
Lilly Wanless  
   Debtors

Case No. 04-43799-dwh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 3  
Date Rcvd: Mar 22, 2022     Form ID: DTC     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ron D. Wanless, Lilly Wanless, 20678 Liberty Ln, Bend, OR 97701-8564 |
| 5521817 | ++++ | ALLERGY, ASTHMA ASSOCIATES, 2253 NE DOCTORS DR, BEND OR 97701-6001 address filed with court:, Allergy, Asthma Associates, 2446 NE Doctors Dr., Bend, OR 97701 |
| 5521815 | + | Account Recovery Service, 3031 N. 114th St., Milwaukee, WI 53222-4218 |
| 5521816 | + | Advanced Surgical Care, 2705 NE Conners Suite B, Bend, OR 97701-6904 |
| 5521818 | | Approved Credit, PO Box 8270, Bend, OR 97708-8270 |
| 5521819 | | Asset Systems Inc., PO Box 14550, Portland, OR 97293-0550 |
| 5521820 | + | Associated Recovery Systems, 3225 N. Central Ave., Suite 801, Phoenix, AZ 85012-2405 |
| 5521821 | + | Bears And Roses Harley Davidson, 63028 Sherman Rd., Bend, OR 97703-5750 |
| 5521822 | | Bend Anesthesiology Group, PO Box 4008, Portland, OR 97208-4008 |
| 5521823 | + | Bend Mapping And Blueprinting, 922 NW Bond St., Bend, OR 97703-2706 |
| 5521824 | + | Bend Memorial Clinic, POB 6018, Bend, OR 97708-6018 |
| 5521825 | + | C. O. Radiology Associates, 1460 NE Medical Center Dr., Bend, OR 97701-6078 |
| 5521829 | | CCB Credit Services, PO Box 272, Springfield, IL 62705-0272 |
| 5521830 | | Central Oregon Pathology Consultants, PO Box 6119, Bend, OR 97708-6119 |
| 5521831 | + | Central Oregon Regional Lab Services, 210 NW Irving Ave Suite 101, Bend, OR 97703-2050 |
| 5521833 | + | City Of Bend Fire Dept., PO Box 431, Bend, OR 97709-0431 |
| 5521834 | + | Credit Services Of Oregon, PO Box 1208, Roseburg, OR 97470-0306 |
| 5521835 | | Credit Systems Of Oregon, PO Box 948, Bend, OR 97709 |
| 5521836 | | Dell, PO Box 9020, Des Moines, IA 50368-9020 |
| 5521837 | + | Deschutes County Mental Health, 2577 NE Courtney Dr., Bend, OR 97701-7752 |
| 5521838 | + | FBCS, 841 E. Hunting Park Ave., Philadelphia, PA 19124-4800 |
| 5521841 | + | Greg Ginsburg DMD, 668 SW Rim Rock Way Suite B, Redmond, OR 97756-1964 |
| 5521843 | | High Lakes Health Care, POB 487, Bend, OR 97709-0487 |
| 5521844 | + | IRS, 1220 SW Fifth Ave, M/S 0240, Portland, OR 97204-1909 |
| 5521846 | + | Lifestyle Enhancements Inc., 2145 S. Hwy. 97, Redmond, OR 97756-9650 |
| 5521847 | + | Margaret Parker Washburn, 1070 NW Bond #302, Bend, OR 97703-2047 |
| 5521848 | + | Maria G. Tapia Family Trust, Tim Elliott, 42 NW Greeley Ave., Bend, OR 97703-2912 |
| 5521849 | + | Marinum Koning MD, 236 NW Kingwood Suite A, Redmond, OR 97756-1324 |
| 5521850 | | NCO Financial Systems, POB 41417, Philadelphia, PA 19101 |
| 5521851 | | North Shore Agency, PO Box 8901, Westbury, NY 11590-8901 |
| 5521853 | + | Oregon Department Of Justice, Child Support Division, PO Box 14506, Salem, OR 97309-0420 |
| 5521855 | | Oxford Management Services, CS 9018, Melville, NY 11747 |
| 5521858 | + | PDI Management Services, 625 The City Dr., South Suite 150, Orange, CA 92868-4998 |
| 5521856 | | Pacific Coast Credit, PO Box 5181, Bend, OR 97708-5181 |
| 5521857 | + | Pacific Medical Inc., PO Box 697, Pleasanton, CA 94566-0866 |
| 102341803 | + | RON & LILLY WANLESS, 20678 LIBERTY LN, BEND, OR 97701-8564 |
| 5521862 | + | Rebound Physical Therapy, 1310 NE Cushing Dr., Suite B, Bend, OR 97701-3730 |
| 102226942 | + | Redmond Family Dental LLC, Greg M. Ginsburg DMD, 668 SW Rimrock Way, Suite #B, Redmond, OR 97756-1964 |
| 5521863 | | Risk Management Alternatives, PO Box 105408, Atlanta, GA 30348-5408 |
| 5521864 | | Rodale Books, PO Box 7031, Emmaus, PA 18098-0731 |
| 5521865 | + | Sounds On Wheels, 917 SE 3rd St., Bend, OR 97702-1748 |
| 5521866 | | St. Charles Medical Center, PO Box 5789, Bend, OR 97708-5789 |
| 5521867 | + | The Orthopedic & Neurosurgical Center, 2600 NE Neff Rd., Suite 1, Bend, OR 97701-6337 |

| 5521868 |   | Theraputic Associates, PO Box 24988, Seattle, WA 98124-0988 |
| 5521869 | + | US Cellular, 3197 N. Hwy 97 Suite A3, Bend, OR 97703-7503 |
| 5521870 | + | Valley Credit Service, 960 Broadway NE, Suite 4, Salem, OR 97301-1275 |
| 5521871 |   | WFS Financial, POB 25341, Santa Ana, CA 92799-5341 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5521827 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 23:00:55 | Capital One, POB 85015, Richmond, VA 23285 |
| 5521832 | | Email/Text: jaxbanko@td.com | Mar 22 2022 22:56:00 | Chrysler Financial, PO Box 2993, Milwaukie, WI 53201 |
| 5521826 | + | Email/Text: mikes@capitalcreditinc.com | Mar 22 2022 22:56:00 | Capital Credit And Collection, 10200 SW Eastridge St, Portland, OR 97225-5064 |
| 5521828 | + | Email/Text: nicole@cccibend.com | Mar 22 2022 22:57:00 | Cascade Credit Consulting, 61419 S. Hwy. 97 Suite J, Bend, OR 97702-2146 |
| 5521839 | | Email/Text: data_processing@fin-rec.com | Mar 22 2022 22:56:00 | Financial Recovery Systems, PO Box 385908, Minneapolis, MN 55438-5908 |
| 5521840 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:01:02 | GE Capital Financial, Chase & Weil, LLP, 722 SW Second Ave., Suite 240, Portland, OR 97204-3102 |
| 5521842 | | Email/Text: bankruptcy.notices@hdfsi.com | Mar 22 2022 22:57:00 | Harley Davidson, 85 Innovation Way, Chicago, IL 60682-0085 |
| 5521860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2022 23:00:58 | Providian Bank, PO Box 660548, Dallas, TX 75266-0548 |
| 5521845 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Mar 22 2022 22:57:00 | Les Schwab, PO Box 667, Prineville, OR 97754-0667 |
| 5521852 | + | Email/Text: bankruptcy.revenue@oregon.gov | Mar 22 2022 22:56:00 | ODR, 955 Center St NE, Salem, OR 97301-2555 |
| 5521854 | + | Email/Text: overpayment.recovery@dhsoha.state.or.us | Mar 22 2022 22:57:00 | Overpayment Recovery Unit, PO Box 14150, Salem, OR 97309-0430 |
| 5521859 | | Email/Text: bknotices@professionalcredit.com | Mar 22 2022 22:57:00 | Professional Credit Service, PO Box 7548, Eugene, OR 97401-0039 |
| 5521861 | + | Email/Text: SENDTOQCI@YAHOO.COM | Mar 22 2022 22:57:00 | Quick Collect, POB 55457, Portland, OR 97238-5457 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 102341804 | *+ | RON & LILLY WANLESS, 20678 LIBERTY LANE, BEND, OR 97701-8564 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022          Signature:    /s/Joseph Speetjens

| | UNITED STATES BANKRUPTCY COURT | U.S. BANKRUPTCY COURT |
|---|---|---|
| DTC (9/28/21) cal | District of Oregon | DISTRICT OF OREGON<br>**F I L E D** |

In re
**Ron D. Wanless**
**Lilly Wanless**

*Other names used by joint debtor:* Lilly Byers

Debtor(s)

) Case No. **04–43799–dwh7**
)
) ORDER DISCHARGING
) TRUSTEE AND
) CLOSING CASE
)
)

March 22, 2022

Clerk, U.S. Bankruptcy Court

BY **cal** DEPUTY

The trustee of the above debtor's estate, if one has been appointed, has:

1. (If Chapter 7 case) either filed a report of no assets or reduced the property and effects of the debtor's estate to cash;

2. Fully administered any estate funds and property on hand; and

3. Performed all other and further duties required to date in the administration of said estate.

**IT IS THEREFORE ORDERED** that, if a trustee has been appointed, upon filing any final report or account required by the UST, and without further court order, the trustee shall be discharged as the trustee of the debtor's estate.

**IT IS FURTHER ORDERED** that this case is closed; the case will be closed only for administrative purposes if this case was dismissed.

Clerk, U.S. Bankruptcy Court